No. 996. HOPWOOD *v.* ABRAHAM LINCOLN LIFE INSURANCE CO. June 1, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Carrington T. Marshall* and *Curtis C.*

*Williams* for petitioner. *Messrs. Francis J. Wright* and *W. Edgar Sampson* for respondent.